| Prob 22 (VAE Rev. 4/13) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:18CR175 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:19-cr-00344(PKC) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Alter Stesel | EASTERN DISTRICT OF VIRGINIA | Alexandria |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Leonie M. Brinkema | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/16/19 — TO 04/15/21 |

**OFFENSE:**

Wire Fraud (6 counts), in violation of Title 18, U.S.C., Section 1343.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 17, 2019
*Date*

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Eastern District of New York</u>

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
United States District Judge